438 A.2d 632

Hawkins, Sr., Appellant, v. Corrado, etc., et al.

Submitted November 14, 1980.  Byrd R. Brown, for appellant;  Louis Anstandig, for appellees.

Before PRICE, DiSALLE and MONTEMURO, JJ.

The order is affirmed on the comprehensive opinion of Judge Silvestri Silvestri.

Before PRICE, DiSALLE and MONTEMURO, JJ.

DiSALLE, J., concurred in the result.

PRICE, J., did not participate in the consideration or decision of this case.